## ANTHONY L. VELASQUEZ, ESQUIRE

1608 Route 88, Suite 330
P.O. Box 1030
Brick, NJ 08723
732-903-1966 PHONE
732-416-7861 FAX
AVelasquez@tryko.com

**VIA CM/ECF**  November 7, 2024
Hon. Edward S. Kiel, U.S.D.J.
United States District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6E
Trenton, NJ 08608

    **Re:**    Snow and Ice Management Co. of PA, Inc. v Tryko, et al, 1:21-cv-16233

Dear Judge Kiel:

    As supplement to the declaration of citizenship filed on November 4, 2024, the two (2) Defendants provide the following detail as requested by the Court.

Defendant 1- Ownership of **Tryko Partners, LLC (NJ):**
  a. Tryko Holdings, LLC (NJ)
  b. RKK Holdings, LLC (NJ)

The ownership of **Tryko Holdings, LLC** is as follows:
YR 2013 Delta Trust (NJ) - trustees Osher Flagler (NJ) and Tzvi Levovitz (NJ)
SK 2013 Delta Trust (IL) - trustees Yitzchok Rokowsky (NJ and Tzvi Levovitz (NJ)
Sora Kohn Family Trust UAD 12120 (IL) - trustees Yitzchok Rokowsky (NJ) and Tzvi Levovitz (NJ)

The ownership of **RKK Holdings, LLC** is as follows:
Yitzchok Rokowsky (NJ)
Sean Kohn (IL)
Estate of Yonah Kohn (IL)

(continued on Page 2)

November 7, 2024
Page 2

Defendant 2 - Ownership of **Marquis Health Services, LLC (NJ):**
   a. Quinto Holdings, LLC (NJ)
   b. Tryko Holdings, LLC (NJ) (SEE ABOVE)

In turn, the ownership of **Quinto Holdings, LLC** is as follows:
Tryko Holdings, LLC (SEE ABOVE)
RSBRMK Holdings LLC (NJ), owned by NFR 2020 Irrevocable Trust (99.999%)(NJ) trustees Yitzchok Rokowsky (NJ) and Mindee Posen (NJ); and Fraide Rokeach(.001%) (NJ).

This is the entirety of ownership. As previously stated, the owners, LLCs and trustees of the 2 named Defendants Tryko Partners, LLC and Marquis Health Services, LLC are all NJ or IL citizens. But these Defendants Tryko Partners and Marquis Health Services continue to assert that it was the individual facility LLCs who contracted with the Plaintiff, and none of those individual contracts with those individual LLCs reach the monetary threshold for diversity jurisdiction. Only when added together under a "parent company" theory can Plaintiffs satisfy the monetary threshold.

                            Respectfully submitted,
                            */s/ Anthony L. Velasquez, Esq.*
                            Anthony L. Velasquez, Esq.

ALV/ms











